UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Morral,

        Plaintiff,

               Civ. No. 07-2736 (RHK/JSM)
               **ORDER**

v.

Alberto Gonzales, *et al.*,

        Defendants.

---

   This matter is before the Court on Defendants' Motion to Dismiss (Doc. No. 4).  **IT IS ORDERED** that the parties shall brief the Motion pursuant to the following schedule:

- Plaintiff's Memorandum in Response shall be served and filed on or before September 7, 2007;

- Defendants' Reply Memorandum (if any) shall be served and filed on or before September 17, 2007.

Once the Motion has been fully briefed, the Court will set it for oral argument if doing so will aid the Court's resolution of the issues raised therein.

Dated: August  14 , 2007                 s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge