UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Morral,

                        Plaintiff,

                                              Civ. No. 07-2736 (RHK/JSM)
                                              **ORDER**

v.

Alberto Gonzales, *et al.,*

                        Defendants.

---

Hetal Delal, Wilson Law Group, Minneapolis, Minnesota, for Plaintiff.

D. Gerald Wilhelm, Assistant United States Attorney, Minneapolis, Minnesota, for Defendants.

---

     This matter is before the Court *sua sponte*. Plaintiff Mark Morral commenced this action challenging the delay in adjudicating his naturalization application by the Bureau of Citizenship and Immigration Services ("CIS"). He asked the Court to adjudicate the application under 8 U.S.C. § 1447(b) or, in the alternative, to remand it to CIS with instructions to adjudicate it within 60 days.[1]

     By Order dated November 28, 2007, the Court remanded this matter to CIS with instructions to adjudicate Morral's naturalization application as expeditiously as possible. CIS was further ordered to report the status of Morral's application to the Court every 90 days until it was adjudicated. The Court has now been advised that Morral's application

---

[1] Morral also asserted equal-protection and due-process claims, but those claims have been dismissed.

was denied by CIS on May 14, 2008.  Accordingly, the relief requested in the Complaint has now been rendered moot.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 20, 2008    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge